UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JANICE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00284-JRS-DLP |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

On June 2, 2020, Plaintiff initiated this lawsuit against Defendants Merrick Bank Corporation ("Merrick") and Equifax Information Services, LLC ("Equifax"), alleging violations of the Fair Credit Reporting Act. (Dkt. 1). On August 19, 2020, Plaintiff filed a Notice of Voluntary Dismissal of her claims against Defendant Merrick, which the Court approved on August 20, 2020. (Dkts. 19, 20). On December 10, 2020, the parties informed the Court that a settlement had been reached between Plaintiff and Defendant Equifax. (Dkt. 28). Thereafter, Plaintiff's counsel was ordered to file a motion to dismiss the cause within forty-five days of the notice of settlement (*i.e.*, January 25, 2021). (Id.).

On August 24, 2021, the Court ordered Plaintiff's counsel to show cause on or before September 10, 2021, why this case should not be dismissed for failure to comply with the Court's December 10, 2020 Order. (Dkt. 30). The Court's Order

noted that "[f]ailure to respond to this order will result in dismissal of the action." (Id.).

To date, Plaintiff's counsel has not responded to the order to show cause nor has a motion to dismiss or stipulation of dismissal been filed in this case. Accordingly, the Magistrate Judge recommends Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**, for Plaintiff's failure to comply with multiple orders of the Court.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So RECOMMENDED.

Date: 10/25/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email