UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JANICE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00284-JRS-DLP |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 25, 2021, the Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint (ECF No. 31). The Court, having considered the Magistrate Judge's Report and Recommendation to Dismiss Complaint, hereby adopts the Magistrate Judge's Report and Recommendation. This matter is DISMISSED WITHOUT PREJUDICE and judgment shall be entered accordingly.

Date: 11/12/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.

–1–